UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

    James Dudansky,
    Dawn Dudansky,

        Debtors

Case No. 11-49899
Chapter 7
Hon. Judge TUCKER

_____/

**DECLARATION OF DEBTORS REGARDING SPECIAL CIRCUMSTANCES TO REBUT PRESUMPTION OF ABUSE**

    NOW COMES James and Dawn Dudansky, Debtor in the above referenced Chapter 7 Bankruptcy case, and declares that special circumstances exist regarding their personal financial circumstances that rebut the presumption of abuse.

1. We, James and Dawn Dudansky, filed for Chapter 7 Bankruptcy protection on April 7, 2011, Case Number 11-49899. We believe that our financial circumstances are substantially different from the average debtor as to justify special consideration from the court.

2. We filed Chapter 7 bankruptcy due to the fact that we are getting divorced and are maintaining two separate households.

3. Line 12 of our Form b22A ("Means Test") discloses total current monthly income for § 707(b)(7) in the amount of $9,2485. The monthly income annualized is $111,178.20.

4. The Means Test is not an accurate representation nor is it indicative of our income and current financial situation. I, Dawn Dudansky, have recently separated from my husband and we are both maintaining separate households and expenses. My hours have also been cut which has drastically brought my income down.

6. Our income is well below the monthly income annualized under the Means Test. If you take Dawn Dudanskys' new monthly gross income of $2,860.00 and consider our separate household expenses there is no presumption of abuse pursuant to 11 U.S.C. § 707(b)(2).

7. Based on the above stated facts, we believe that we have demonstrated special circumstances to rebut the presumption of abuse under 11 U.S.C. § 707(b)(2).

We assert that the above information is true and correct under penalty of perjury.

_____
James Dudansky

Subscribed and sworn to before me
This 21 day of April 2011
/s/ _Renee Lee_____
Renee Lee, Notary Public
Acting in Macomb County, Michigan
My commission expires: 2/25/2017

_____
Dawn Dudansky

Subscribed and sworn to before me
This 2a day of april 2011
/s/ _Sheila A. Sawaya-Polio_____
, Notary Public
Acting in Macomb County, Michigan
My commission expires:

Sheila A. Sawaya-Polio
Notary Public, Saint Clair County, MI
Acting in _Macomb_ County, MI
My Commission Expires October 20, 2013